for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Thomas H. Tracey* and *Mr. Almon Hall* for petitioner. *Mr. Melville Church* for respondent.

---

No. 763. JOHN B. HECKENDORN, PETITIONER, *v.* THE UNITED STATES. April 12, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Everit Brown* and *Mr. H. J. Cookinham* for petitioner. *The Attorney General* and *The Solicitor General* for respondent.

---

No. 764. THE WOLF BROTHERS & COMPANY, PETITIONER, *v.* HAMILTON-BROWN SHOE COMPANY. April 12, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Lawrence Maxwell* and *Mr. Simeon M. Johnson* for petitioner. *Mr. Paul Bakewell* and *Mr. Joseph R. Edson* for respondent.

---

No. 771. THE NEW YORK, NEW HAVEN & HARTFORD RAILROAD COMPANY, PETITIONER, *v.* WALTER BAKER & COMPANY, LIMITED. April 12, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. William Greenough* for petitioner. *Mr. Eugene P. Carver* and *Mr. Horace L. Cheyney* for respondent.

---

No. 772. UNITED STATES OF AMERICA, PETITIONER, *v.* DANIEL GARRIGAN. April 12, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the